UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-233 ADM/AJB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>TODD D. ERICKSON,<br>Defendant. | ) | **RELEASE OF JUDGMENT AND ABSTRACT OF JUDGMENT** |

The judgment in the above-entitled action has been forgiven by the United States Department of Education based upon defendant's total and permanent disability.

THEREFORE, the Clerk of the United States District Court for the District of Minnesota may release and cancel the judgment of record.

AND, the Recorder for the County of Chisago, State of Minnesota, may immediately release the Abstract of Judgment recorded in said Recorder's office of Chisago County, as Document No. A-357344, in the amount of $5,538.31 plus interest.

Dated: June 25, 2007

RACHEL K. PAULOSE
United States Attorney

M. Tripp

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
Attorneys for the Plaintiff